IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 20 A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tykief Dunn
_____
Full name and prison number
of plaintiff(s)

v.

Lee County Circuit
Court
_____
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:07CV246-met
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )   NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )   NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number CC 2004 001303
4. Name of judge to whom case was assigned Jacob A Walker III
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending (on probation)
6. Approximate date of filing lawsuit 3/12/07
7. Approximate date of disposition 3/12/07

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 234 East Veterans Blvd. Auburn, Al

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Lee County Circuit Court  2311 Gateway Drive, Opelika, Al 36801
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 4/18/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was given a felony for 23.52 grams of marijuana

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

1:30 A.m 234 East Veterans Blvd Auburn, Al
2:55 at Auburn Police Department
Joseph Leander Robinson Co-Defendant

GROUND TWO: Sentence to 5 years

SUPPORTING FACTS: My first time every in trouble.

GROUND THREE: I have served 18 months my rights where not read to me

SUPPORTING FACTS: I have served 18 months on this case.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

felony removed, false imprisonment misrepresetation

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3/12/07
            (Date)

_____
Signature of plaintiff(s)

4

Tykief Dunn
Lee County Detention Center
P.O. Box 940 Opelika, AL 36803-2407

Office of The Clerk
United States District Court
P.O. Box 711 Montgomery, AL 36101-0711