IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TYKIEF DUNN, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )  CASE NO. 3:07cv246-MEF |
| | )        (WO) |
| LEE COUNTY CIRCUIT COURT, | ) |
| | ) |
|    Defendant. | ) |

# **ORDER**

On March 22, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED

2. That the plaintiff's claims against the Lee County Circuit Court be and are hereby DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. That the plaintiff's challenges to his conviction be and are hereby DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

4. That this case be and is hereby DISMISSED prior to service of process.

Done this the 16th day of April 2007.

                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE